```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21689
    OFELIA PALOMAR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-4056


--------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 11/19/2007 and was not confirmed.

    The case was dismissed without confirmation 12/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS        CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
COUNTRYWIDE               NOTICE ONLY   NOT FILED          .00           .00
DEUTSCHE BANK NATIONAL T  NOTICE ONLY   NOT FILED          .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG       .00          .00           .00
COUNTRYWIDE HOME LOANS    SECURED NOT I  30161.27          .00           .00
PRO SE DEBTOR             DEBTOR ATTY         .00                        .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                        --------------         --------------
TOTALS                        .00                      .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                /s/ Tom Vaughn
    Dated: 03/27/08             _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```